No. 03–386. HARRISON *v.* KLEM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–393. PUBLIC SERVICE MUTUAL INSURANCE CO. *v.* PECK. C. A. 2d Cir. Certiorari denied. 

No. 03–408. DADDARIO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DADDARIO *v.* CAPE COD COMMISSION. App. Ct. Mass. Certiorari denied. 

No. 03–413. UNTALAN *v.* KAPIOLANI MEDICAL CENTER. C. A. 9th Cir. Certiorari denied. 

No. 03–424. EDWARDS *v.* WILKINSON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–428. PRATT ET AL. *v.* CITY OF HOUSTON, TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 03–451. SCHAFLER *v.* SPEAR. C. A. 9th Cir. Certiorari denied. 

No. 03–476. BENTON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–499. SMITH *v.* BARROW. C. A. 5th Cir. Certiorari denied. 

No. 03–516. PUESCHEL *v.* DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.

No. 03–519. PLUNK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–527. JARRELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–540. MOORE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. 

No. 03–5280. JENNINGS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.